**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:12-CR-239-SCR-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAMES TYSON, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion And Affidavit For Special Admission Pursuant To Local Rule(s) LCrR 44.1 & LCvR 83.1(b)(2)" (Document No. 1370) filed March 30, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion And Affidavit For Special Admission Pursuant To Local Rule(s) LCrR 44.1 & LCvR 83.1(b)(2)" (Document No. 1370) is **GRANTED**. D. Craig Hughes is allowed special admission to represent Defendant James Tyson, Jr.

**SO ORDERED**.

Signed: April 6, 2026

David C. Keesler
United States Magistrate Judge